```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 04 B 15775
   MICAH A BERRY
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4773


-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
    The case was filed on 04/21/2004 and was confirmed 09/08/2004.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  49.00%.

    The case was paid in full 01/22/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                              PAID            PAID
-------------------------------------------------------------------------------
MID AMERICA BANK           CURRENT MORTG        .00             .00             .00
MID AMERICA BANK           CURRENT MORTG        .00             .00             .00
CENTERONE                  SECURED          9765.00          993.80         9765.00
CENTERONE                  UNSECURED        8941.57             .00         4381.37
CAPITAL ONE BANK           UNSECURED        2471.71             .00         1211.14
CAPITAL ONE BANK           FILED LATE        563.50             .00             .00
PORTFOLIO RECOVERY ASSOC   UNSECURED        2657.17             .00         1302.01
CARSON PIRIE SCOTT         FILED LATE       1183.39             .00             .00
CITY OF CHICAGO PARKING    UNSECURED         960.00             .00          470.40
FIRST CONSUMERS NATIONAL   UNSECURED       NOT FILED            .00             .00
FLEET CREDIT CARD          UNSECURED       NOT FILED            .00             .00
HOUSEHOLD BANK             UNSECURED       NOT FILED            .00             .00
INTERNAL REVENUE SERVICE   UNSECURED        6706.85             .00         3286.36
J C PENNEY                 UNSECURED       NOT FILED            .00             .00
MOBIL OIL                  UNSECURED       NOT FILED            .00             .00
PROVIDIAN VISA             UNSECURED       NOT FILED            .00             .00
B-FIRST LLC                UNSECURED         350.31             .00          171.65
INTERNAL REVENUE SERVICE   PRIORITY            .00             .00             .00
MGM LAW OFFICES            ATTORNEY         960.00             .00          960.00
DEBRA J VORHIES LEVINE     DEBTOR ATTY     2,775.00                        2,775.00
TOM VAUGHN                 TRUSTEE                                         1,475.50
DEBTOR REFUND              REFUND                                            272.15

       Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                     RECEIPTS           DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE              27,064.38

PRIORITY                                         .00
SECURED                                     9,765.00
   INTEREST                                   993.80

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 15775 MICAH A BERRY
```

```
UNSECURED                                              10,822.93
ADMINISTRATIVE                                          3,735.00
TRUSTEE COMPENSATION                                    1,475.50
DEBTOR REFUND                                             272.15
                                   ---------------   ---------------
TOTALS                                 27,064.38         27,064.38
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                 /s/ Tom Vaughn
Dated: 05/27/08                  _____
                                 TOM VAUGHN
                                 CHAPTER 13 TRUSTEE
```